**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BLANCA MARIA ROSAS-ANGELES, | No. 12-71815 |
| Petitioner, | Agency No. A077-190-477 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013[**]

Before:     RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Blanca Maria Rosas-Angeles, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

from an immigration judge's denial of her motion to reopen removal proceedings

based on ineffective assistance of counsel.  We have jurisdiction under 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1252. We review for abuse of discretion the denial of a motion to reopen. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Rosas-Angeles's motion to reopen where she failed to establish prejudice arising from the alleged ineffective assistance by former counsel. *See id*. at 793-94 ("[P]rejudice results when the performance of counsel was so inadequate that it *may* have affected the outcome of the proceedings." (emphasis in original) (internal quotation marks omitted)).

**PETITION FOR REVIEW DENIED.**